IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON GITTHENS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:12-CV-01997-SKO<br><br><br>STIPULATED MOTION FOR<br>ATTORNEYS FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d);<br>ORDER THEREON |

The parties agree that Plaintiff is entitled to an award of attorney's fees and expenses to be paid by the Defendant, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of $6,000.00, and expenses in the amount of $18.45, for a total of $6,018.45, shall be awarded to Plaintiff as a settlement amount.

Page 1    STIPULATION FOR ATTORNEY FEES, EXPENSES,
         AND COSTS; ORDER THEREON - [1:12-CV-01997-SKO]

If it is determined that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. The check for costs should also be made payable to Dellert Baird Law Offices, PLLC.

The parties agree that whether these checks are made payable to Plaintiff, or to Dellert Baird Law Offices, PLLC, they shall be mailed to Plaintiff's attorney at the following address: Dellert Baird Law Offices, PLLC, P.O. Box 3757, Silverdale, WA, 98383.

///

///

///

///

///

///

///

| | |
|---|---|
| Dated this 18th day of April 2014: | s/ KELSEY MACKENZIE BROWN |
| | Kelsey Mackenzie Brown, CA #263109 |
| | Dellert Baird Law Offices, PLLC |
| | P.O. Box 3757 |
| | Silverdale, WA  98383 |
| | Telephone:  (360) 329-6968 |
| | FAX:  (360) 329-6968 |
| | Dellert.Law.Office@gmail.com |
| | |
| | Of Attorneys for Plaintiff |

| | |
|---|---|
| Dated this 18th day of April 2014: | <u>s/ KELSEY MACKENZIE BROWN FOR</u><br>SCOTT BORROWMAN<br>Social Security Administration<br>Office of the General Counsel<br>160 Spear Street, Suite 800<br>San Francisco, CA 94105-1545<br>415-977-8942<br><br>Of Attorneys for Defendant |

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that fees under the Equal Access to Justice Act in the amount of $6,018.45 shall be awarded in accordance with the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **April 21, 2014**                          **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE

Page 3     STIPULATION FOR ATTORNEY FEES, EXPENSES,
           AND COSTS; ORDER THEREON - [1:12-CV-01997-SKO]